# Court of Appeals
## Tenth Appellate District of Texas

10-25-00225-CV

In the Estate of Richard Leon Meankins, Deceased

On appeal from the
County Court at Law of Navarro County, Texas
Senior Judge H. D. Black Jr., presiding
Trial Court Cause No. P-19707

JUSTICE SMITH delivered the opinion of the Court.

## MEMORANDUM OPINION

Deloris Phillips appealed from the assigned judge's denial of her motion to recuse the trial court judge in a probate proceeding. The appellant's brief was initially due on December 4, 2025. Neither the appellant's brief nor motion for extension of time was filed. By letter from the Clerk of this Court issued on January 6, 2026, Appellant was ordered to file the Appellant's brief on or before Thursday, January 15, 2026. The letter from the Clerk warned Appellant that this appeal would be dismissed without further notice to Appellant if a brief or a motion for extension of time was not timely filed. No brief or letter for extension of time was timely filed in this proceeding.

Accordingly, this appeal is dismissed for want of prosecution and for failing to follow a directive from the Clerk of this Court. *See* TEX. R. APP. P. 42.3 (b), (c).

_____

STEVE SMITH
Justice

OPINION DELIVERED and FILED:  January 22, 2026

Before Chief Justice Johnson,
      Justice Smith, and
      Justice Harris
Appeal dismissed
CV06

